|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | JS-6 |

### CIVIL MINUTES -- GENERAL

| Case No. | **CV 20-7147-JFW(JPRx)** | Date: November 10, 2020 |
|---|---|---|

Title:     Sandra E. Lish -v- AmeriHome Mortgage Company, LLC

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**  
None

**PROCEEDINGS (IN CHAMBERS):** ORDER GRANTING AMERIHOME MORTGAGE COMPANY, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [filed 10/13/20; Docket No. 17]

      On October 13, 2020, Defendant AmeriHome Mortgage Company, LLC ("Defendant") filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion").  On October 27, 2020, Plaintiff Sandra E. Lish ("Plaintiff") filed her Opposition.  On November 2, 2020, Defendant filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for November 16, 2020 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

      The Court's Standing Order, filed August 11, 2020 (Docket No. 8), provides in relevant part: "Within two days of the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record."  Standing Order, § 5(f).  Plaintiff failed to timely file and still has not filed the required Proposed Statement of Decision.

      Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ."  In addition, the Standing Order expressly provides that the "[f]ailure to lodge the Proposed Statement will result in the denial or granting of the motion."  Standing Order, § 5(f).

      Accordingly, Defendant's Motion is granted based on Plaintiff's failure to file a proposed Statement of Decision.  In addition, the Court has considered Defendant's Motion on the merits, and grants Defendant's Motion for the reasons stated in Defendant's moving and reply papers.

      For all the foregoing reasons, Defendant's Motion is **GRANTED**.  The Court signs, as modified, the proposed Statement of Decision on Defendant AmeriHome Mortgage Company, LLC's Motion to Dismiss First Amended Complaint, lodged with the Court on November 4, 2020.  Plaintiff's First Amended Complaint is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice**.

      IT IS SO ORDERED.